■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY SLATES, Appellant. [870 NYS2d 239]—

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Defendant's furtive behavior in attempting to purchase a MetroCard with multiple credit cards, viewed in light of the arresting officer's training and experience regarding credit card fraud at MetroCard vending machines, justified a level two inquiry, which led to defendant's production of two credit cards and his admission that they did not belong to him, furnishing probable cause for his arrest (*see People v Wilson*, 52 AD3d 239 [2008], *lv denied* 11 NY3d 743 [2008]). Concur—Tom, J.P., Gonzalez, Nardelli, Moskowitz and Renwick, JJ.